ACCEPTED
12-15-00010-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/20/2015 2:35:45 PM
CATHY LUSK
CLERK

## NO.   12-15-00010-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | TWELFTH DISTRICT |
| | § | |
| KELTON DEREK WILSON | § | SITTING IN TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/20/2015 2:35:45 PM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Kelton Derek Wilson, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 3rd Judicial District Court of Henderson County, Texas.

2.      The case below was styled the _State of Texas vs. Kelton Derek Wilson;_ and numbered C-20,914.

3.      Appellant was convicted of Evading Arrest or Detention with a Motor Vehicle.

4.      Appellant was assessed a sentence of Ten (10) years TDC, Institutional Division: No fine on December 17, 2014.

5.      Notice of appeal was given on December 29, 2014.

6.      The clerk's record was filed on February 10, 2015; the reporter's

record was filed on February 20, 2015.

7. The appellate brief is presently due on May 22, 2015.

8. Appellant requests an extension of time of thirty (30) days from the present date of May 22, 2015.

9. One extension to file the brief was filed with this Court by the original appellant attorney. This is the first request for extension to file the brief by appellant's current attorney.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

On April 23, 2015, Steven R. Green, Appellant's initial attorney for appeal, was permitted to withdraw and Linda A. Altier was appointed in Mr. Green's place. Linda A. Altier did not receive Appellant's copy of the Clerk's Record until May 13, 2015. Linda A. Altier has not yet located Appellant's copy of the Reporter's Record. Until Linda A. Altier has a complete record for appeal, she cannot prepare an Appeal Brief in behalf of Appellant.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ALTIER LAW OFFICES
1527 E. Fifth St.
Tyler, Texas   75701
Tel:   903-595-4232
Fax:   903-595-0031
e-mail:   altierlaw@gmail.com

By:_____
Linda A. Altier
State Bar No. 00783541
Attorney for Kelton Derek Wilson

## CERTIFICATE OF SERVICE

This is to certify that on May 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Henderson County, by fax to 903-675-6196.

_____
Linda A. Altier

**STATE OF TEXAS** §

§

**COUNTY OF SMITH** §

## **AFFIDAVIT**

**BEFORE ME**, the undersigned authority, on this day personally appeared Linda A. Altier, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause.  I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
Linda A. Altier
Affiant


**SUBSCRIBED AND SWORN TO BEFORE ME** on ___05/20/2015___,

2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

FRANK R. SANDOVAL
MY COMMISSION EXPIRES
April 20, 2017